IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Wickfire, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO: 14-CV-34 |
| TriMax Media, Inc., | |
| Defendant. | |

### Order Granting John Doe's Motion to Quash Subpoena

On July 3, 2014, John Doe, a third-party, filed a motion to quash the subpoena issued by Plaintiff Wickfire, LLC to Google, Inc. Having considered the motion, the Court finds that it is well taken and that the following orders should be entered:

It is ORDERED that John Doe's Motion to Quash Subpoena be, and it is hereby, GRANTED.

It is further ORDERED that the subpoena issued by Plaintiff Wickfire, LLC to Google, Inc., be, and it is hereby, QUASHED.

_____
United States District Judge

Gardere01 - 6469370v.1