---------- Forwarded message ----------
From: <google-legal-support@google.com>
Date: Tue, Jun 17, 2014 at 8:01 PM
Subject: Subpoena notice from Google (Internal Ref. No. ▓▓▓▓)
To: google-legal-support@google.com

Hello,

Google has received a subpoena for information related to your Google account in a case entitled Wickfire, LLC v. Trimax Media, Inc., United States District Court for the Western District of Texas, 1:14-cv-00034 (SS) (Internal Ref. No. ▓▓▓▓).

To comply with the law, unless you provide us with a file-stamped motion to quash the subpoena (or other formal objection filed in court) via email at google-legal-support@google.com by 5pm Pacific Time on July 7, 2014, Google may provide responsive documents on this date.

The party or counsel seeking the information is:

Bradley Coburn
Denko Coburn Lauff LLP
3811 Bee Cave Road, Suite 204
Austin, Tennessee 78746
512-906-2074

Google is not in a position to answer questions regarding the subpoena or provide you with legal advice.

If you have other questions regarding the subpoena, we encourage you to contact an attorney.

Thank you,

Legal Investigations Support

**Exhibit A**