IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WICKFIRE, LLC,
         Plaintiff,

-vs-                                          Case No. A-14-CA-034-SS

TRIMAX MEDIA, INC.,
         Defendant.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "John Doe's Motion to Quash Subpoena" [#16]; "John Doe's Amended Motion to Quash Subpoena" [#18]; Wickfire's Response in Opposition to John Doe's Motion to Quash [#19]; John Doe's Notice of Pending Negotiations Regarding Google Subpoena [#20]; John Doe's Reply in Support of Amended Motion to Quash [#23]; and Wickfire's Unopposed Motion for Leave to File Surreply to John Doe's Motion to Quash Wickfire's Google Subpoena [#24][1], and thereafter, the Court enters the following:

      Wickfire, LLC has now filed an amended complaint and, in Exhibit A of Doc. #24, has amended its original subpoena request with specific instructions that clearly indicate the subpoena does not ask in any way "Google to disclose emails or email contents from any potential Google email account of Google AdWords account holders with limited exceptions set out." The Court finds from the standpoint of Wickfire, LLC and John Doe that the subpoena now is in appropriate

---

[1] Granted by separate order.

form and is approved as to Wickfire, LLC and John Doe. Said subpoena as amended may be served on Google, Inc.

Therefore, John Doe's Motion to Quash Subpoena and John Doe's Amended Motion to Quash Subpoena are OVERRULED and DENIED, and the parties may proceed as stated herein.

SIGNED this the 27th day of August 2014.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE