IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JAN 29 PM 3: 23
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KCC
     DEPUTY

**WICKFIRE, LLC,**
          **Plaintiff,**

-vs-                                            Case No. A-14-CA-34-SS

**TRIMAX MEDIA, INC., LAURA WOODRUFF,
WREI, INC., JOSH WEST, and one or more John
Does,**
          **Defendants.**

## ORDER

BE IT REMEMBERED on this day the Court held a hearing in the above-styled cause, and the parties appeared by and through counsel. Before the Court is the New Defendants' Motion to Dismiss [#62], Plaintiff WickFire's Response [#68] thereto, the New Defendants' Response to Motion for Leave to Amend [#71],[1] and the New Defendants' Corrected Reply [#72]. The Court now enters the following orders confirming its oral pronouncements:

IT IS ORDERED that Plaintiff WickFire, LLC shall file, within fourteen (14) days from date of entry of this Order, an amended complaint satisfying the standards set forth by the Supreme Court in *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); and

IT IS FINALLY ORDERED that the New Defendants' Motion to Dismiss [#62] is GRANTED IN PART and DENIED IN PART as described in this Order.

---

[1] In its Response to the motion to dismiss, WickFire requested, in the alternative, it be given an opportunity to amend its complaint. Pl.'s Resp. [#68] at 17–18. The New Defendants' Response to Motion for Leave to Amend is in response to WickFire's request in the alternative, not to a separate motion for leave to amend.

SIGNED this the 29th day of January 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE