IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 APR 17 PM 4:01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

WICKFIRE, LLC,

        Plaintiff,

-vs-

Case No. A-14-CA-34-SS

TRIMAX MEDIA, INC. et al.,

        Defendants.

### ORDER

BE IT REMEMBERED on the 10th day of April 2015, the Court held a hearing in the above-styled cause, and the parties appeared by and through counsel. The Court now enters the following order confirming its oral pronouncements:

    IT IS ORDERED that Defendants' Motion to Remove Improper Designations and for Attorney's Fees and Costs [#88] is DISMISSED.

SIGNED this the 17th day of April 2015.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE

034 dism designations ba.frm