**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **WICKFIRE, LLC,** § | |
| § | |
| **Plaintiff/Counter-Defendant;** § | |
| § | |
| v. § | **CASE NO. 1:14-CV-0034 SS** |
| § | |
| **TRIMAX MEDIA, INC.,** § | |
| § | |
| **Defendant/Counter-Plaintiff.** § | |

## ORDER

On this day came to be considered Defendant/Counter-Plaintiff TriMax Media, Inc.'s motion for leave for withdrawal of Gwen E. Bhella, John A. Price and the law firm of CALHOUN BHELLA & SECHREST, LLP, as its counsel of record. Having considered the Motion, the Court finds that it should be GRANTED.

Therefore, it is ORDERED that Gwen E. Bhella, John A. Price, and the law firm of Calhoun, Bhella & Sechrest, LLP are withdrawn as counsel of record for TriMax Media, Inc.