UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WickFire, LLC § | |
| § | CIVIL NO: |
| vs. § | AU:14-CV-00034-SS |
| § | |
| TriMax Media, Inc., John Doe, Laura Woodruff, WREI, Inc., Josh West, One or More John Doe(s), Chester Lee Hall, Jonathan Curtis Brown, Laura Woodruff, WREI, Inc., Josh West, Jonathan Curtis Brown, Chester Lee Hall, TriMax Media, Inc., Laura Woodruff, WREI, Inc., Josh West, WickFire, LLC, John Doe § | |

## ORDER SETTING ALL PENDING MOTIONS - BY TELEPHONE

　　　　IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MOTIONS - BY TELEPHONE** on **Wednesday, June 10, 2015 at 09:30 AM**.  Counsel for plaintiff is responsible for adding all callers (or providing a call-in number) and then calling the Court at 512-916-5230.  Please note that cell phones and speaker phones are prohibited.

　　　　IT IS SO ORDERED this 1st day of June, 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE