# EXHIBIT A

**ATTACHMENT B (VERIZON)**

| IP Address | Date and Time (CST) | Time Zone |
|---|---|---|
| 75.230.94.202 | 11/1/2012 10:18 | Central |
| 75.240.19.92 | 7/24/2013 13:18 | Central |
| 75.208.38.235 | 9/15/2013 17:34 | Central |
| 75.230.33.220 | 10/9/2013 18:03 | Central |
| 70.195.202.10 | 10/9/2013 18:03 | Central |
| 75.254.227.34 | 10/22/2013 6:19 | Central |
| 75.254.48.195 | 11/8/2013 16:29 | Central |
| 75.254.53.167 | 11/21/2013 18:30 | Central |
| 75.254.192.94 | 12/17/2013 11:56 | Central |
| 70.195.198.50 | 1/8/2014 12:27 | Central |
| 70.195.192.14 | 1/21/2014 13:36 | Central |
| 70.195.204.169 | 1/28/2014 16:38 | Central |
| 70.195.204.169 | 1/28/2014 23:48 | Central |
| 70.195.204.169 | 1/29/2014 13:00 | Central |
| 70.210.200.0 | 3/8/2014 11:32 | Central |