# EXHIBIT B

# neustar™

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, do hereby declare:

1. My name is Ethan Grossman
(Name of Declarant)

2. I am a United States citizen and over eighteen (18) years of age. I am acting in behalf of the custodian of records of the business named in the subpoena, or I am otherwise qualified as a result of my position with the business named in the subpoena to make this declaration.

3. I am in receipt of a Civil Proceeding Subpoena Request served on Verizon Wireless, signed by Attorney, and requesting specified records of the business named below. Attached to this declaration are records responsive to the subpoena. Pursuant to Federal Rules of Evidence Rules 803(6) (Records of regularly conducted activity) and 902(11) (Certified domestic records or regularly conducted activity), I hereby certify that the records attached to this declaration:

   a) Were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters;
   b) Were kept in the course of a regularly conducted business activity; and
   c) Were made by the regularly conducted activity as a regular practice.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on 06/22/2014

*[signature]*
(signature of declarant)
Ethan Grossman, Authorized Agent for Custodian of Records
(name and title of declarant)
Neustar, Inc.
(name of business)
21575 Ridgetop Circle
(business address)
Sterling, VA 20166

# neustar

**Date: 06/22/2014**
**Verizon Wireless   Case #EG10520**

    We are a designated agent of Verizon Wireless authorized to respond to subpoenas, search warrants, and court orders for the production of customer and call detail records. We conducted a search of Verizon Wireless records in response to the lawful process you issued and served on Verizon Wireless on 06/09/2014.  This letter is to advise you that the following records are enclosed in response to the attached request:

**Customer Records**

| | |
|---|---|
| X Subscriber Info | __ MMS Messages |
| __ Monthly Statements | __ Cell Site Location Info |
| __ Incoming Calls | __ Customer Notes/Comments |
| __ Outgoing Calls | __ Payment Details |
| __ SMS Messages | __ MAC Address |
| X IP Connection Logs – not available | __ Voicemail Content |
| __ MIN | __ MISC |

**Description of Records:** IP Connection Logs can only be provided when requested through a target phone number. They are not maintained specific to IP Addresses.

| Target Details | Comments | Date From: | Date To: |
|---|---|---|---|
| 70.195.192.14 | No information provided | 01/21/2014 | 01/21/2014 |
| 70.195.198.50 | No information provided | 01/08/2014 | 01/08/2014 |
| 70.195.202.10 | No information provided | 10/09/2013 | 10/09/2013 |
| 70.195.204.169 | No information provided | 01/28/2014 | 01/28/2014 |
| 70.195.204.169 | No information provided | 01/29/2014 | 01/29/2014 |
| 70.195.204.169 | No information provided | 01/29/2014 | 01/29/2014 |
| 70.210.200.0 | No information provided | 03/08/2014 | 03/08/2014 |
| 75.208.38.235 | | 09/15/2013 | 09/15/2013 |
| 75.230.33.220 | | 10/09/2013 | 10/09/2013 |
| 75.230.94.202 | | 11/01/2012 | 11/01/2012 |
| 75.240.19.92 | | 07/24/2013 | 07/24/2013 |
| 75.254.192.94 | | 12/17/2013 | 12/17/2013 |
| 75.254.227.34 | | 10/22/2013 | 10/22/2013 |
| 75.254.48.195 | | 11/08/2013 | 11/08/2013 |

# neustar™

| Target Details | Comments | Date From: | Date To: |
|---|---|---|---|
| 75.254.53.167 | | 11/21/2013 | 11/21/2013 |

If you have any questions, please contact Ethan Grossman at (877) 510-4357. Please reference the control number EG10520 to enable us to retrieve the subpoena and letter from our files for the contact.

Yours truly,

Authorized Agent for Custodian of Records

# neustar

## EG10520 - Subscriber Info Printout

| **Target Details:** | **IP Address 75.208.38.235** | **on 09/15/2013 06:34:00 PM** |

Customer Name :           TRIMAX MEDIA INC.

Customer Address :        100 CRESCENT CT STE 700, DALLAS, TX, 75201
(Service address)

MISC :                    Account No. 421826045/1

Activation Date :         02/06/2009

Deactivation Date :       12/20/2013

Additional Phone Numbers : (469)-261-4929


| **Target Details:** | **IP Address 75.230.33.220** | **on 10/09/2013 07:03:00 PM** |

Customer Name :           TRIMAX MEDIA INC.

Customer Address :        100 CRESCENT CT STE 700, DALLAS, TX, 75201
(Service address)

MISC :                    Account No. 421826045/1

Activation Date :         02/06/2009

Deactivation Date :       12/20/2013

Additional Phone Numbers : (469)-261-4929


| **Target Details:** | **IP Address 75.230.94.202** | **on 11/01/2012 11:18:00 AM** |

Customer Name :           TRIMAX MEDIA INC.

# neustar

| | |
|---|---|
| Customer Address : (Service address) | 100 CRESCENT CT STE 700, DALLAS, TX, 75201 |
| MISC : | Account No. 421826045/1 |
| Activation Date : | 02/06/2009 |
| Deactivation Date : | 12/20/2013 |
| Additional Phone Numbers : | (469)-261-4929 |

| **Target Details:** | **IP Address 75.240.19.92**   **on 07/24/2013 02:18:00 PM** |
|---|---|
| Customer Name : | TRIMAX MEDIA INC. |
| Customer Address : (Service address) | 100 CRESCENT CT STE 700, DALLAS, TX, 75201 |
| MISC : | Account No. 421826045/1 |
| Activation Date : | 02/06/2009 |
| Deactivation Date : | 12/20/2013 |
| Additional Phone Numbers : | (469)-261-4929 |

| **Target Details:** | **IP Address 75.254.192.94**   **on 12/17/2013 12:56:00 PM** |
|---|---|
| Customer Name : | TRIMAX MEDIA INC. |
| Customer Address : (Service address) | 100 CRESCENT CT STE 700, DALLAS, TX, 75201 |
| MISC : | Account No. 421826045/1 |
| Activation Date : | 02/06/2009 |
| Deactivation Date : | 12/20/2013 |
| Additional Phone Numbers : | (469)-261-4929 |

# neustar

| | | |
|---|---|---|
| **Target Details:** | **IP Address 75.254.227.34** | **on 10/22/2013 07:19:00 AM** |

Customer Name :            DEWITT, KENNETH

Customer Address :         10725 ESPADA, SAN ANTONIO, TX, 78214
(Service address)

MISC :                     Account No. 522002458/1

Activation Date :          09/08/2009

Deactivation Date :

Additional Phone Numbers : (210)-693-2180


| | | |
|---|---|---|
| **Target Details:** | **IP Address 75.254.48.195** | **on 11/08/2013 05:29:00 PM** |

Customer Name :            TRIMAX MEDIA INC.

Customer Address :         100 CRESCENT CT STE 700, DALLAS, TX, 75201
(Service address)

MISC :                     Account No. 421826045/1

Activation Date :          02/06/2009

Deactivation Date :        12/20/2013

Additional Phone Numbers : (469)-261-4929


| | | |
|---|---|---|
| **Target Details:** | **IP Address 75.254.53.167** | **on 11/21/2013 07:30:00 PM** |

Customer Name :            TRIMAX MEDIA INC.

Customer Address :         100 CRESCENT CT STE 700, DALLAS, TX, 75201
(Service address)

MISC :                     Account No. 421826045/1

**neustar**

Activation Date :         02/06/2009

Deactivation Date :       12/20/2013

Additional Phone Numbers :  (469)-261-4929

Neustar, Inc.    21575 Ridgetop Circle, Sterling, VA 20166 / tel: 877 510-4357  fax: 571 434-3401              www.neustar.biz