# EXHIBIT C

**ATTACHMENT C**

| List of Google Click Tracking Links<br>from Advertisements Made On Google AdWords |
|---|
| http://www.google.com/aclk?sa=L&ai=CsneiLSthU6XBJI_IsQfqr4HICZmPyssE8dSmsZEBkdeuCAgAEAMoA1DA2rJaYMnO-obIo-AayAEBqgQfT9A_tM9ax7n7SJ_2f4__Gb0eSZ0scC1v11yVbTZI6YAHydK-MZAHAQ&sig=AOD64_0bw8AwBXzi6yvFYlAfl4zd_6rCiQ&rct=j&q=&ved=0CDwQ0Qw&adurl=http://thecoupon.co/merchant/xandria%3Fwfcid%3D3c9a1d09-b5f8-0b2b-a0b4-a27265a4dfaa |
| http://www.google.com/aclk?sa=L&ai=CKjgPz3I4U9LACY7NsweshoCoDvniwMsEgbChsZEB4eH_vAYIABACKANQwNqyWmDJzvqGyKPgGsgBAaoEH0_QmJW3OHvZbuSL3SpwJG-NRKW0EXJS_c48FaRHCdaAB8nSvjGQBwE&sig=AOD64_0YLjiZAZcrnlvDta7HJWTGB8Qtdw&rct=j&q=frenchtoast&ved=0CDUQ0Qw&adurl=http://thecoupon.co/merchant/xandria%3Fwfcid%3D3c9a1d09-b5f8-0b2b-a0b4-a27265a4dfaa |
| http://www.google.com/aclk?sa=L&ai=Cur4tpx8KU_mFN8vNsweJyICQDtqKrpoEuq_wxX3oj-iaBwgAEAIoAlCFy4uB_v____8BYMnO-obIo-AayAEBqgQfT9A1L-Dc4YeZXx3pvKHz7MMfSjonL8i3WRx1RIpW7IAHyriJLpAHAQ&sig=AOD64_0DsZ3BvG6FduHXxkjyhbhp6Q457g&rct=j&q=moosejaw.com&ved=0CDIQ0Qw&adurl=http://thecoupon.co/merchant/xandria%3Fwfcid%3Dad25a166-33f6-01b0-84c0-6d25b81eebfd |
| http://www.google.com/aclk?sa=L&ai=CHCFATSAKU9z0LebNswfvp4CYCargmaEE4vvzxX2vuoIGCAAQAigCUIXLi4H-_____wFgyc76hsij4BrIAQGGqBB9P0Joz9_KspkDl7UOfTuck-_ZkLaYViXXheFpz73OPgAfKuIkukAcB&sig=AOD64_3EQXvFX1gtGBfkRF-zUmBA-vIiMw&rct=j&q=officedepot.com&ved=0CDMQ0Qw&adurl=http://thecoupon.co/merchant/xandria%3Fwfcid%3Dad25a166-33f6-01b0-84c0-6d25b81eebfd |

| |
|---|
| http://www.google.com/aclk?sa=L&ai=CSAM67hrhUtC4IOTi6wGLkYH4DcLWmKEEwvPw5Xz3lIUGCAAQAigCUNL_wf0BYMnO-obIo-AayAEBqgQfT9A-1T8H0K0TGFUphTC1CS5UzKGbzalvlQSE4a0xCIAHyriJLpAHAQ&sig=AOD64_1FJ2KidjPmJYBUXxqbwkmJq9fO6Q&rct=j&q=josabank&ved=0CDMQ0Qw&adurl=http://thecoupon.co/merchant/lensworld%3Fwfcid%3D8f25e238-5161-0662-83ec-f5b56b4619d4 |
| http://www.google.com/aclk?sa=L&ai=C5MokjGntUuiTN7LNswfqjoDoC9qKrpoEuq_wxX3oj-iaBwgAEAEoAlCtxc6uA2DJzvqGyKPgGsgBAaoEH0_Qe2EShyRcV9ukR4GsfZRsC1WsWNYMvUkM6fJTNoyAB8q4iS6QBwE&sig=AOD64_0ESbqvqwkKYfhr0DS2bKBGWdLl_Q&rct=j&q=moosejaw.com&ved=0CCcQ0Qw&adurl=http://thecoupon.co/merchant/xandria%3Fwfcid%3D1d61530a-53cc-0aa4-a9d0-a511d8bb0e70 |
| http://www.google.com/aclk?sa=L&ai=Cq-tUI5OzUr3jOK7AyQGm_YGoCOjOlrUEwP66qnuTk4IGCAAQAVC_79qk-P____8BYMnu_4bIo5AZyAEBqgQfT9DqQPXLSc3bfFmgmQByKtnbxgdTs09dIABoWLIcYIAHsOzQKpAHAQ&sig=AOD64_2-gqt3Tm0M_6rL1al4a-Z9qS7Xog&rct=j&q=jos+a+bank&ved=0CC4Q0Qw&adurl=http://www.jdoqocy.com/click-5343315-10356897%3Fsid%3D |
| http://www.google.com/aclk?sa=l&ai=CBo7VmG6lUO_ME6uh6QH-sIG4Abzh5PcC5PKgvzz-3_SgLQgAEAEguVRQpNXG7P_____AWDJpu6M5KTAE6AB2Oij-wPIAQGqBBlP0HXESiPhdXhmkAA6dYyZYCiYpKl9b0ptgAWQTg&sig=AOD64_2jwgMbbnz_IXE-NefN5CpowKTAbA&ved=0CCwQ0Qw&adurl=http://www.freshology.com/&rct=j&q=freshology.com |
| http://www.google.com/aclk?sa=l&ai=CAvjc98p_UvOyIobtwQPf6oGwA5SprqME9O7CpHKBkbj8BQgAEAMoA1DK2enAAWDJhoCAiCSgAdjoo_sDyAEBqgQfT9DVQUHK1FqPJ0X-GgNnG6aB2pErI1iEcenuSGb9a4AHkJfcBJAHAQ&sig=AOD64_26tx-w1KPmqIHwijoYoK5OboOzyg&rct=j&q=pzi+jeans&ved=0CEsQ0Qw&adurl=https://foursquare.com/v/pzi-jeans-warehouse/4cc1ebf501fb236ae2a99bba |
| http://www.google.com/aclk?sa=L&ai=CHeYxg18CU8TZBqjHsQf12IAw7e7N9wTF86vIcr-H2OyIAQgAEAMoA1Cgm7Kp-v____8BYMnO-obIo-AayAEBqgQfT9BQKI52lg9tx7h500-mYbJgRBCqdpni9BQXRExTSYAHlZ3gLpAHAQ&sig=AOD64_0J0JJA4shi0yMEmPAn28hVc5YzSA&rct=j&q=resume2hire&ved=0CDsQ0Qw&adurl=http://www.resume2hired.com/resume-examples |

| |
|---|
| http://www.google.com/aclk?sa=L&ai=CR4K3rQAbU--zLqjQsQfHoYGYBcXkzfcEzYaxyHKQgvjMCQgAEAIoA1CTx_3y_P____8BYMnO84zkpPATyAEBqgQgT9DSc4i8krysXOrFGe9sHm9bKx7htN7pA2n23kKZUhKAB5Wd4C6QBwM&sig=AOD64_0AtP9UzIIVuKrZs3K0Z6kB2SimLQ&rct=j&q=ShortOrder.com&ved=0CDIQ0Qw&adurl=http://shortorderla.com/ |
| http://www.google.com/aclk?sa=L&ai=C26zu_u-dUsbDF-iByQHz7IHgCfn6g_YDgdj_lpcBobDR24MBCAAQASCVuLoLUIHG_68HYMn--4mYpKQTyAEBqgQeT9C1b456uN1POiVqSuJWc7wmjP9PuIE2mM2DNQU0gAWX4LwL2AYCgAfJgNwpkAcB&sig=AOD64_0CGfIc8N9w5kUwX29FbhU7QjCDdQ&ved=0CAkQ0Qw&adurl=http://www.shareasale.com/r.cfm%3Fu%3D606880%26b%3D486549%26m%3D47731%26afftrack%3D |
| http://www.google.com/aclk?sa=L&ai=CKRKHiAvYUvf0IfHi6wGwsIGQB6_c3scEr6XVh4AB-_fNCQgAEAEoAlC3gra2B2DJzvqGyKPgGsgBAaoEH0_Q8KbvEtjRUUuUn72PbVJmoT5_cQ2jP_PTaOeyryyAB4eu9y-QBwE&sig=AOD64_2BSxzpBFkDlinVRW_YboDonxxikg&rct=j&q=system+mechanic&ved=0CCwQ0Qw&adurl=http://click.linksynergy.com/fs-bin/click%3Fid%3DgS52pmVd1*Q%26offerid%3D245689.10000008%26type%3D3 |
| http://www.google.com/aclk?sa=L&ai=CkROS3FSiUufmI-eqsAffz4GADYit2rQE2PXZk3vm_O4TCAAQAVCpqdqu_P____8BYMmOxo30pNAZyAEBqgQfT9DIjwnIoEDBKKrYlj3sHFve38oJfTviWqd3oZAnYYAHsOzQKpAHAQ&sig=AOD64_0g6b-foiOAhpgsfTUhLst6AcwAyw&rct=j&q=www.match.com&ved=0CC0Q0Qw&adurl=http://www.jdoqocy.com/click-5343315-10591139 |
| http://www.google.com/aclk?sa=L&ai=C5Ow41_jXUsmYJOGh6QHh-4DIDvqkrpoEqqefzXvd7dWvBwgAEAIoA1DW8anY_f____8BYMmOxo30pNAZyAEBqgQfT9CZIXMhzkYp2n9glfqwRqckd6FeVjQQfHWUXk8k_YAHyriJLpAHAQ&sig=AOD64_2tR91FEy4N5Zys3HDDbHrKYLQohw&rct=j&q=glasses+usa&ved=0CDwQ0Qw&adurl=http://thecoupon.co/merchant/shopperschoice%3Fwfcid%3Da4acb272-47bb-0199-9721-d93817100400 |
| http://www.google.com/aclk?sa=L&ai=C57GlSl8CU9f-BsLKswfkyoHgB7WTzvcEjeuryHKK4YrDKggAEAIoA1DE78CRAmDJzvqGyKPgGsgBAaoEIE_Qgl9mgOODjexxhp_DN38ae-hW2hg3xi1_ZNbbkWHWgAeVneAukAcB&sig=AOD64_2j7N1X7rzacRT4SR57r4DwgY0cfg&rct=j&q=personalabs&ved=0CDMQ0Qw&adurl=http://labscouponcodes.weebly.com/ |

http://www.google.com/aclk?sa=L&ai=Cb8f84AQjU7yMOfTIsQfNzICoBuvY3fMHy_XPp4cB3ufW0REIABABUNamnO77_____wFgyYaAgICAyBTIAQGqBCRP0J6EqWAK9UJIgt3O8TyXnv5s7zboVDsMBAyDJIdVDerBwz2AB5u9jzeQBwM&sig=AOD64_3ve5idSKfIgibvSvcqdWstHlw6Sg&rct=j&q=ShortOrder.com&ved=0CCYQ0Qw&adurl=http://1.ad83.net/www.shortorder.com%3Futm_source%3Dgoogle%26utm_medium%3Dcpc%26utm_campaign%3Dejdu73d%26utm_term%3D3jsn7gheui%26utm_content%3Dsje7h49