# EXHIBIT D

**WHOIS-RWS**

| Network | |
|---|---|
| Net Range | 12.177.112.64 - 12.177.112.71 |
| CIDR | 12.177.112.64/29 |
| Name | ADMIN-M48-112-64 |
| Handle | NET-12-177-112-64-1 |
| Parent | ATTSVCM-12-177-112-0 (NET-12-177-112-0-1) |
| Net Type | Reassigned |
| Origin AS | |
| Organization | TRIMAX MEDIA (TRIMA-6) |
| Registration Date | 2007-04-21 |
| Last Updated | 2014-09-24 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-12-177-112-64-1 |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

| Organization | |
|---|---|
| Name | TRIMAX MEDIA |
| Handle | TRIMA-6 |
| Street | 5718 Baltic Blvd |
| City | Plano |
| State/Province | TX |
| Postal Code | 75024 |
| Country | US |
| Registration Date | 2007-04-21 |
| Last Updated | 2014-09-27 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/org/TRIMA-6 |

| Function | Point of Contact |
|---|---|
| Tech | OREIL10-ARIN (OREIL10-ARIN) |
| Admin | OREIL10-ARIN (OREIL10-ARIN) |
| Abuse | OREIL10-ARIN (OREIL10-ARIN) |

| Point of Contact | |
|---|---|
| Name | O'Reilly , Sean |
| Handle | OREIL10-ARIN |
| Company | |
| Street | 5718 Baltic Blvd |
| City | Plano |
| State/Province | TX |
| Postal Code | 75024 |
| Country | US |
| Registration Date | 2014-07-09 |
| Last Updated | 2014-09-27 |
| Comments | |
| Phone | +1-813-464-5630 (Office) |
| Email | boskone99@gmail.com |
| RESTful Link | http://whois.arin.net/rest/poc/OREIL10-ARIN |