# EXHIBIT E

1/5/14                                    Wickfire Mail - Violation of Our Paid Search Policy



Wickfire Clients <affiliates@wickfire.com>

## Violation of Our Paid Search Policy

**Shoes.com Affiliate Compliance** <lduff@brownshoe.com>     Tue, Dec 17, 2013 at 11:23 AM
Reply-To: lduff@brownshoe.com
To: linkshare@wickfire.com

We have found a PPC advertisement of yours that violates our published PPC policy.

The details of the advertisement follow:

Ad Details:

Collected: Dec. 16, 2013, 4:10 p.m.
Engine: Google
Keyword: lifestride
Ad:
  Title:        33% off LifeStride Coupon - thecoupon.co
  Text:         Get 33% Off Life Stride w/ Coupons &amp; Deals at TheCoupon.Co.
  Display URL:  www.thecoupon.co/lifestride
  Destination URL:  http://thecoupon.co/

Please immediately remove the advertisement and confirm your compliance with this request.

We take violations of our affiliate agreement very seriously and will fully enforce our rights under that agreement, which may include termination from the program and forfeiture of unpaid commissions.