# EXHIBIT F

1/5/14                          Wickfire Mail - Violation of Our Paid Search Policy - DownEast Basics



Wickfire Clients <affiliates@wickfire.com>

## Violation of Our Paid Search Policy - DownEast Basics

**Maryellen Garasky** <mgarasky@jebcommerce.com>                              Tue, Dec 3, 2013 at 2:37 PM
Reply-To: mgarasky@jebcommerce.com
To: affiliates@wickfire.com

Please be advised that you are in violation of the DownEast Basics terms and conditions.

The details of the advertisement follow and I need your immediate confirmation that the ads have been removed and DownEast Basics has been added to your negative match:

Ad Details:

Collected: Dec. 3, 2013, 4 p.m.
Engine: Google Mobile
Keyword: downeastbasics.com
Ad:
  Title:         downeastbasics.com - DownEast Basics Clothes
  Text:          Stylish And Fashionable Clothing. 30% Off Everything Through Dec 2nd!
  Display URL:   www.downeastbasics.com/
  Destination URL:   http://www.shareasale.com/r.cfm?u=606880&amp;b=486549&amp;m=47731&amp;afftrack=

downeastbasics.com
http://screenshot.brandverity.com/reports/ad/screenshot/?q=http%3A//html-v1.brandverity.com/mt/593867/m/69402/mk/159182/c/US/e/Google-Mobile%3FSignature%3DIhtQQYWPMnTRteQLhEdxJK7IX7w%253D%26Expires%3D1401655071%26AWSAccessKeyId%3DAKIAITCAABKNULIGSEKQ

Please immediately remove the advertisement and confirm your compliance with this request by sending me an email at mgarasky@jebcommerce.com.

We take violations of our affiliate agreement very seriously and will fully enforce our rights under that agreement, which may include termination from the program and forfeiture of unpaid commissions.

Sincerely,
Maryellen Garasky
Affiliate Manager, DownEast Basics