**Brown, Sara Ann**

| | |
|---|---|
| **From:** | mary@walkorrunmedia.com <mary.meredith@gmail.com> |
| **Sent:** | Tuesday, March 30, 2010 9:39 PM |
| **To:** | TM at TriMaxMedia |
| **Subject:** | Weekly call - last change request... I promise?? |

Hi Ladies,

Well we finally have a set schedule with our personal trainer and it looks like our current set up of Wednesday afternoon for our call is going to present a problem. I wanted to see if we could move our call to earlier in the day on Wednesday or anytime before 3:30pm on Tuesdays.

What do you guys think?

Thanks!
Mary

--
Walk or Run Media
(972) 398-1064

1

## Mosher, Crysten

| | |
|---|---|
| **From:** | Tiffany Jordan <IMCEAEX-_O=TRIMAXMEDIA_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=TIFFANY+2EJORDAN@namprd07.prod.outlook.com> |
| **Sent:** | Tuesday, March 16, 2010 11:24 AM |
| **To:** | 1QM at TriMaxMedia |
| **Subject:** | Buenos Aires Info? |

I decided to run BabyEarth again since there seemed to be new competitors and I was hoping to avoid any click fraud, but alas, I was hit today. However, I was hit by Buenos Aires. When I check the keyword he hit, the ad showing has the following url:

http://agencia-marketing.com/?Baby-Earth

This site is registered to Diego Di Fonzo of Red Team Media. The registration address is Panama but the phone has a country code in Italy. The Red Team Media site is privately registered. I found a Diego Di Fonzo that lives in Buenos Aires (http://ar-es.sonico.com/u/Diego_Difonzo/56242902) who looks very similar to Diego Di Fonzo found on facebook.

So I don't know how this might help us, but here it is. I'm going to document this in the database.


Tiffany

TMP000159

# Mosher, Crysten

| | |
|---|---|
| **From:** | Tiffany Jordan <IMCEAEX-_O=TRIMAXMEDIA_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=TIFFANY+2EJORDAN@namprd07.prod.outlook.com> |
| **Sent:** | Tuesday, December 14, 2010 1:21 PM |
| **To:** | Mary Walker; TM at TriMaxMedia |
| **Subject:** | RE: Click Fraud By BA |

I've been waiting a week for a response.  I did get past the initial contact person and my info is with a 'specialist'. I just sent a follow up asking for an update.

-----Original Message-----
From: Mary Walker
Sent: Tue 12/14/2010 12:34 PM
To: TM at TriMaxMedia
Subject: Click Fraud By BA

Hi Ladies,

I was hit this morning by BA on two merchants. I've submitted my click fraud report to Google and am expecting to get a refund back. Have you guys heard anything more about your click fraud refunds?

Thanks,
Mary

**Mosher, Crysten**

| | |
|---|---|
| **From:** | Laura Woodruff <LAWoodruff@gmail.com> |
| **Sent:** | Monday, July 25, 2005 11:13 AM |
| **To:** | Jordan, Tiffany & Ben |
| **Subject:** | Fw: MX Keys |

You'll need to register to download the files - you want the Studio MX with Flash Pro. Once inside, I think there's a download for each of the parts of the suite. Dreamweaver's the main one, Fireworks is for pictures - similar to PhotoShop, & then Flash for movies. Then after you download or your trial is up - input one of the keycodes below. Either will work - just happen to have two. Let me know if you have any questions -

WPD700-53303-96494-66587
WPD700-54006-82294-05868

Download any MX Demo:
http://www.macromedia.com/downloads/

**Mosher, Crysten**

| | |
|---|---|
| **From:** | Laura Woodruff  L.W. E-mail |
| **Sent:** | Sunday, July 17, 2005 10:15 PM |
| **To:** | Jordan, Tiffany & Ben |
| **Subject:** | KeyWord Analyzer |

Here's the link for KeyWord Analyzer - http://keywordsanalyzer.blogspot.com/

The registration code is {AB4C8D7A-1039-471D-AFEE-AEC6E3F73707}

Some good info sources are -

Chris Malta - www.worldwidebrands.com

He's one of the most respected guys out there. He focuses a lot on drop shipping & selling via an online store but has some very good info on getting up & running business-wise on his site. i.e. tax id info, etc.

My machine is crawling for some reason tonight & I'm having a hard time finding the other links I was going to send you. I will start fresh in the morning & send you some more, but the Analyzer software should be fun to start playing around with.

Thanks again for dinner - I enjoyed seeing you guys!

Laura