IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WICKFIRE, LLC,
        Plaintiff,

-vs-                                              Case No. A-14-CA-34-SS

TRIMAX MEDIA, INC. *et al.*,
        Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and in light of the Court's Order of June 14, 2016, now enters the following:

IT IS ORDERED that TriMax's Motion to Seal Exhibits in Support of its Motion to Clarify [#224, sealed] is GRANTED; and

IT IS FINALLY ORDERED that all remaining pending discovery motions in this action [##208, 209, 212, 213, 222, 223] are DISMISSED.

SIGNED this the 15th day of June 2016.

                                                         /s/ Sam Sparks
                                                         SAM SPARKS
                                                         UNITED STATES DISTRICT JUDGE