IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WICKFIRE, LLC, | § § § § | |
| Plaintiff, | | |
| vs. | § § § | CIVIL ACTION NO. 1:14-cv-00034-ss |
| TRIMAX MEDIA, LLC, LAURA WOODRUFF, WREI, INC., JOSH WEST, and one or more JOHN DOE(S), | § § § § § § | |
| Defendants. | § § § | |
| TRIMAX MEDIA, LLC, Counter-Plaintiff | § § § § | |
| vs. | § § | |
| WICKFIRE, LLC, Counter-Defendant | § | |

## ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day came on to be heard Plaintiff/Counter-Defendant WickFire LLC's and Third Party Defendants' Chester Hall and Jonathan Brown's Motion for Partial Summary Judgment (the "Motion").

The Court, having reviewed and considered the Motion, any responses and replies thereto, the record in this case, and the argument of counsel is of the opinion that the Motion should be, in all things, GRANTED.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED that summary judgment is granted and Counter-Plaintiff TriMax Media LLC's claims for tortious interference with prospective business relations,

tortious interference with existing business relations, defamation, and business disparagement are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that summary judgment is granted and Counter-Plaintiff Laura Woodruff's claim for defamation is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that summary judgment on liability is granted in favor of Plaintiff WickFire LLC's false designation of origin claim under the Lanham Act against Defendants TriMax Media LLC and Laura Woodruff.

Signed and entered this ___ day of _____ 2016.

	_____
	SAM SPARKS
	UNITED STATES DISTRICT JUDGE