IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WICKFIRE, LLC,
           Plaintiff,

-vs-                                  Case No. A-14-CA-034-SS

TRIMAX MEDIA, LLC, LAURA WOODRUFF,
WREI, INC., and JOSH WEST,
           Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Trimax's Amended Opposed Motion to Seal Exhibits in Support of Its Response to Wickfire's Corrected Motion for Partial Summary Judgment" [#249] and, noting counsel did not comply with the local rules of this district and discuss with opposing counsel the motion and, if there was no agreement, to specify the conference and the basis of opposing counsel's objection to the motion, therefore, this motion is DISMISSED for failure to comply with the local rules of this district.

SIGNED this the 8th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE