FILED
16 AUG 31 PM 2:48
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CW _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WICKFIRE, LLC, <br> Plaintiff, <br><br> vs. <br><br> TRIMAX MEDIA, INC., LAURA WOODRUFF, WREI, INC., and JOSH WEST, <br> Defendants. | § § § § § § § § § § | Civil Action No. 1:14-cv-00034 (SS) <br><br> JURY DEMANDED |

### ORDER GRANTING WICKFIRE'S UNOPPOSED LEAVE FOR MOTION TO FILE A SUR-REPLY

Having reviewed the submissions filed in support of and in opposition to WickFire, Hall, and Brown's unopposed motion for leave to file a sur-reply in further support of their motion for summary judgment (Dkt. 240) and being fully advised, the Court finds that the motion is GRANTED. The clerk shall file the document attached as Exhibit 1 to WickFire's motion on the docket of the above-captioned case.

SO ORDERED this ___30th___ day of ___August___, 2016.

_____/s/ Sam Sparks_____
Hon. Sam Sparks
United States District Judge